UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| **Philip Shuler**, | № 5:19-cv-126-JMC-KDW |
| Plaintiff, | |
| v. | **Joint Rule 26(f) Discovery Plan** |
| **South Carolina Department of Corrections**; **Warden Donald Beckwith**, individually and/or in his official capacity as warden at Wateree River Correctional Institution; **Associate Warden Tonya James**, individually and/or in her official capacity as associate warden and/or major of security at Wateree River Correctional Institution; and **Major [unknown] Parrish**, individually and/or in his/her official capacity as an employee of SCDC; | |
| Defendants. | |

Pursuant to Fed. R. Civ. P. 26(f) the parties, by counsel, convened a telephone conference to discuss the matters required by Rule 26(f). Following that conference, the parties jointly submit the following:

(A)   What changes should be made in the timing, form, or requirement for disclosures under Rule 26(a), including a statement of when initial disclosures were made or will be made:

**The motion to consolidate this action caused a delay in Plaintiff's Rule 26(a)(1) disclosures, which have now been served. Plaintiff would ask this Court to consider these disclosures timely served (the proposed Amended Scheduling Order reflects this change).**

(B)     The subjects on which discovery may be needed, when discovery should be completed, and whether discovery should be conducted in phases or be limited to or focused on particular issues:

> **The parties have agreed that any necessary discovery can be completed within the deadlines imposed by the Federal Rules of Civil Procedure, the Local Rules, and the current Scheduling Order (Entry 10). Such discovery is expected to focus generally on the issues raised in Plaintiff's Complaint and in the Defendant's Answer.**
>
> **However, Defendants' attorney has potential trial in the near term in the companion "Doe" cases (<u>Jane Doe-3 v. Horry County, SC, et al</u>; C/A No. 4:16-cv-02576-MGL and <u>Jane Doe-4 v. Horry County, SC, et al</u>; C/A No. 4:16-cv-03136-MGL). These trials could affect the current deadlines and require their extension.**

(C)     Any issues about disclosure, discovery, or preservation of electronically stored information, including the form or forms in which it should be produced;

> **None at this time.**

(D)     Any issues about claims of privilege or of protection as trial-preparation materials, including—if the parties agree on a procedure to assert these claims after production—whether to ask the court to include their agreement in an order under Federal Rule of Evidence 502;

> **None at this time.**

(E)     What changes should be made in the limitations on discovery imposed under these rules or by local rule, and what other limitations should be imposed:

> **The Parties anticipate filing a Consent Confidentiality Order in the standard form used by this District.**

(F)     Any other orders that the court should issue under Rule 26(c) or under Rule 16(b) and (c):

    **None at this time.**

Dated: 03/15/19

| | |
|---|---|
| /s/ Jason Scott Luck | /s/ Lisa A. Thomas |
| Jason Scott Luck (Fed. Id 9696) | THOMPSON & HENRY P.A. |
| Garrett Law Offices, LLC | 1300 Second Avenue, Third Floor (29526) |
| 1075 E. Montague Ave. | Post Office Box 17740 |
| North Charleston, SC 29405 | Conway, South Carolina 29258 |
| 843.554.5515 (phone) | Office:        843-248-5741 |
| 843.747.3198 (telefax) | Facsimile:   843-248-5112 |
| | lthomas@thompsonlaw.com |
| and | **Attorney for Defendants** |

J. Edward Bell, III (Fed. Id. 1280)
ebell@edbelllaw.com
Gabrielle A. Sulpizio (Fed. Id. 12715)
GSulpizio@edbelllaw.com
BELL LEGAL GROUP, LLC
219 North Ridge Street
Georgetown, SC 29440
TEL.: (843) 546-2408
FAX: (8430 546-9604

**Attorneys for Plaintiff**